**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Gary W. Clark | : |
| Catherine M. Clark | : |
| Debtor | : Bankruptcy No. 18-13093  ELF |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtors' Amended Chapter 13 Plan sent on July 23, 2018, by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all other interested parties.

    \s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtors**