**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **: Chapter 13** |
| **Gary W. Clark** | **:** |
| **Catherine M. Clark** | **:** |
| **Debtors** | **: Case No.   18-13093 ELF** |

### CERTIFICATE OF SERVICE

I, Michael Schwartz, Esquire, hereby certify that Debtors' Motion For Determination Of Secured Status Of Debtors' Second Mortgage Held By U.S. Bank under 11 U.S.C. §506(a) and accompanying Notice of Motion was sent on August 14, 2018, by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all other interested parties, including:

*sent regular and certified mail*
Andy Cecere, CEO
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN  55402

*sent regular and certified mail*
Toby Wells, CEO
Specialized Loan Servicing, LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

   \s\ **Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtors**