UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| Gary W. Clark | : |
| Catherine M. Clark | : |
| Debtors | : Case No.   18-13093 ELF |

## ORDER

**AND NOW,** upon consideration of the Debtors' Motion for Determination of Secured Status of Debtors' Second Mortgage held by U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3 under 11 U.S.C. Section 506(a) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The second mortgage held by U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3, its successors and assigns (claim number 2), is **DISALLOWED** as a secured claim and **ALLOWED** as a general unsecured claim.

Date:  9/18/18

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**