United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary W. Clark  
Catherine M. Clark  
    Debtors

Case No. 18-13093-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Sep 19, 2018  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.  
db/jdb       +Gary W. Clark,   Catherine M. Clark,   534 Jacksonville Road,   Ivyland, PA 18974-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:  
        MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Catherine M. Clark msbankruptcy@verizon.net  
        MICHAEL SETH SCHWARTZ    on behalf of Debtor Gary W. Clark msbankruptcy@verizon.net  
        REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                  TOTAL: 5

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| Gary W. Clark | : |
| Catherine M. Clark | : |
| Debtors | : Case No.   18-13093 ELF |

## ORDER

**AND NOW,** upon consideration of the Debtors' Motion for Determination of Secured Status of Debtors' Second Mortgage held by U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3 under 11 U.S.C. Section 506(a) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** and **DETERMINED** that:

1.  The Motion is **GRANTED**.

2.  The second mortgage held by U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3, its successors and assigns (claim number 2), is **DISALLOWED**  as a secured claim and **ALLOWED** as a general unsecured claim.

Date: 9/18/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**