## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | **Gary W. Clark** | : | **Chapter 13** |
|---|---|---|---|
|  | **Catherine M. Clark** | : | **Bankruptcy No.** |
|  |  | : | **18-13093-elf** |

## CERTIFICATE OF SERVICE

I, **MICHAEL S. SCHWARTZ, ESQUIRE**, hereby certify that I sent the attached motion for Approval of Compensation (Application for compensation) on October 1, 2018 via electronic notification and/or United States First Class Mail to the Trustee and all interested parties.

Respectfully Submitted,

\_\_\_\s\ Michael S. Schwartz_____
**MICHAEL S. SCHWARTZ, ESQUIRE**
Attorney for Debtor