# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Catherine M. Clark<br>        Gary W. Clark<br>                    Debtor(s)<br><br>MTGLQ Investors, L.P., its successors and/or assigns<br>                    Movant<br>            vs.<br><br>Catherine M. Clark<br>Gary W. Clark<br>                    Debtor(s)<br><br>William C. Miller Esq.<br>                    Trustee | CHAPTER 13<br><br><br>NO. 18-13093 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MTGLQ Investors, L.P., which was filed with the Court on or about **July 10, 2018; Docket No. 14**.

                                      Respectfully submitted,

                                      **/s/ Rebecca A. Solarz, Esquire**
                                      Rebecca A. Solarz, Esquire
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      215-627-1322

October 9, 2018