**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Gary W. Clark | : |
| Catherine M. Clark | : |
| Debtor | : Bankruptcy No. 18-13093 ELF |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtors' 3rd Amended Chapter 13 Plan sent on October 9, 2018, by electronic notification and United States First Class Mail to the Office of the Trustee, and all secured and priority creditors using the addresses listed in the claims register, including:

Mary D. Vitartas
Authorized Agent for Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Ditech Financial LLC
PO Box 6154
Rapid City, SD  57709-6154


\s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtors**