**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 18-13093-ELF** |
| **Gary W. Clark,** | **CHAPTER 13** |
|    Debtor, | |
| **Catherine M. Clark,** | |
|    Joint Debtor. | |

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of MTGLQ INVESTORS, L.P. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

    RAS Crane, LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    By: /s/Kevin Buttery
    Kevin Buttery, Esquire
    Email: kbuttery@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 18, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICE OF MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
SOUTHAMPTON, PA  18966

GARY W. CLARK
CATHERINE M. CLARK
534 JACKSONVILLE ROAD
IVYLAND, PA  18974

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA  19105

UNITED STATES TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
By: /s/Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com