# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Gary W. Clark** | : | **Chapter 13** |
| | **Catherine M. Clark** | : | **Bankruptcy No.** |
| | | : | **18-13093-elf** |

## CERTIFICATION OF NO-OBJECTION OR RESPONSE

    I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion for Approval of Compensation (Application for compensation) with the Clerk of the United States Bankruptcy Court on October 1, 2018 and sent notice via electronic notification and/or First Class Mail on October 1, 2018 to the Trustee and all interested parties that they had twenty-one (21) days to file an Answer, Objection or other responsive pleading; that more than twenty-one (21) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

    Respectfully Submitted,


_____\s\ Michael Schwartz_____
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor