**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | **Gary W. Clark** | : | **Chapter 13** |
|---|---|---|---|
| | **Catherine M. Clark** | : | **Bankruptcy No.** |
| | | : | **18-13093-elf** |

**ORDER**

**AND NOW,** this 9th day of November, 2018, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is **ALLOWED** $5,000.00 as compensation. Trustee is authorized to pay the unpaid balance thereof, the sum of $3,360.00 from the estate to the extent provided by the confirmed Plan.

_____
Eric L. Frank
U.S. Bankruptcy Judge