United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-13093-elf
Gary W. Clark                                                                   Chapter 13
Catherine M. Clark
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP          Page 1 of 1          Date Rcvd: Nov 07, 2018
                             Form ID: 155          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db/jdb        +Gary W. Clark,    Catherine M. Clark,    534 Jacksonville Road,    Ivyland, PA 18974-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
          KEVIN M. BUTTERY    on behalf of Creditor    MTGLQ Investors, L.P kbuttery@rascrane.com
          MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Catherine M. Clark msbankruptcy@verizon.net
          MICHAEL SETH SCHWARTZ    on behalf of Debtor Gary W. Clark msbankruptcy@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                          TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Gary W. Clark and Catherine M. Clark

          Debtor(s)

                                             Chapter: 13

                                             Bankruptcy No: 18−13093−elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

       AND NOW, this 6th day of November 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

       A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

       B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

       C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                         Eric L. Frank

                         Judge ,

                         United States Bankruptcy Court

40 − 33
Form 155