**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:
Gary W. Clark
Catherine M. Clark
     Debtors

Case No. 18-13093-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Nov 09, 2018
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2018.
db/jdb         +Gary W. Clark,    Catherine M. Clark,    534 Jacksonville Road,    Ivyland, PA 18974-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2018 at the address(es) listed below:
        KEVIN M. BUTTERY    on behalf of Creditor    MTGLQ Investors, L.P kbuttery@rascrane.com
        MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Catherine M. Clark msbankruptcy@verizon.net
        MICHAEL SETH SCHWARTZ    on behalf of Debtor Gary W. Clark msbankruptcy@verizon.net
        REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Gary W. Clark** | : | **Chapter 13** |
| | **Catherine M. Clark** | : | **Bankruptcy No.** |
| | | : | **18-13093-elf** |

**ORDER**

**AND NOW,** this 9th day of November, 2018, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is **ALLOWED** $5,000.00 as compensation. Trustee is authorized to pay the unpaid balance thereof, the sum of $3,360.00 from the estate to the extent provided by the confirmed Plan.

_____
Eric L. Frank
U.S. Bankruptcy Judge