Certificate Number: 15317-PAE-DE-037118875

Bankruptcy Case Number: 18-13093



15317-PAE-DE-037118875

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>January 19, 2023</u>, at <u>10:28</u> o'clock <u>AM PST</u>, <u>Gary W Clark</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 19, 2023</u>          By:     <u>/s/Rowela Bagac</u>

                                        Name:   <u>Rowela Bagac</u>

                                        Title:  <u>Counselor</u>