Certificate Number: 15317-PAE-DE-037118876

Bankruptcy Case Number: 18-13093



15317-PAE-DE-037118876

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 19, 2023, at 10:28 o'clock AM PST, Catherine M Clark completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 19, 2023          By:   /s/Rowela Bagac

                                 Name: Rowela Bagac

                                 Title: Counselor