United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13093-mdc |
| Gary W. Clark | Chapter 13 |
| Catherine M. Clark | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 23, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary W. Clark, Catherine M. Clark, 534 Jacksonville Road, Ivyland, PA 18974-1507 |
| 14103897 | + | AmerAssist/AR Solutions, 455 Hutchinson Ave S, Suite 5, Columbus, OH 43235-5656 |
| 14103901 | + | Centurion Iv Llc, 1332 Street Rd, Bensalem, PA 19020-4259 |
| 14166742 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14103903 | | Ditech/Greentree Servicing, Po Box 6172, Rapid City, SD 57709 |
| 14103905 | + | Kenderdine's Heating Oil and HVAC, 500 South State Street, Newtown, PA 18940-1934 |
| 14103906 | + | Lazarus Financial Grou, 2301 N Central Expy Ste, Plano, TX 75075-2535 |
| 14231584 | + | MTGLQ INVESTORS, L.P., Selene Finance LP, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 14257904 | | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 |
| 14103907 | + | Medical Diagnostic Laboratories, 2439 Kuser Road, Hamilton, NJ 08690-3303 |
| 14103909 | + | Oral and Maxillofacial Surgical Assoc, 2100 N. Broad Street, Suite 106, Lansdale, PA 19446-1052 |
| 14103910 | + | PECO Bankruptcy Group, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 24 2023 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2023 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14103898 | | Email/Text: collectors@arresourcesinc.com | Jun 24 2023 00:20:00 | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14103899 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 24 2023 00:20:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14103900 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2023 00:20:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 14104853 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2023 00:20:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14103902 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jun 24 2023 00:20:00 | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 14103904 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:33:49 | GECRB/Lowes, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
| 14103908 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2023 00:20:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14121834 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 24 2023 00:20:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14103911 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 23, 2023 | | Form ID: 138OBJ | Total Noticed: 32 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14160645 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2023 00:34:24 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14104347 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 24 2023 00:33:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14215611 | + | Email/Text: RASEBN@raslg.com | Jun 24 2023 00:34:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14103912 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 24 2023 00:20:00 | RAS Crane, LLC, Bankruptcy Department, c/o Kevin Buttery, Esq., 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14103913 | + | Email/Text: collectionservices@trojanonline.com | Jun 24 2023 00:20:00 | Specialized Loan Servi, Attn: Bankruptcy, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 14114947 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 24 2023 00:20:00 | Trojan Professional Se, Po Box 1270, Los Alamitos, CA 90720-1270 |
| 14165132 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 24 2023 00:20:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14103914 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 24 2023 00:33:04 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14602394 | + | Email/Text: bkteam@selenefinance.com | Jun 24 2023 00:19:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| | | | Jun 24 2023 00:20:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2023       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MTGLQ Investors L.P. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 23, 2023 | Form ID: 138OBJ | Total Noticed: 32

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor MTGLQ Investors L.P cwohlrab@friedmanvartolo.com

DANIELLE BOYLE-EBERSOLE
on behalf of Creditor MTGLQ Investors L.P. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

DANIELLE BOYLE-EBERSOLE
on behalf of Creditor MTGLQ Investors L.P dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN M. BUTTERY
on behalf of Creditor MTGLQ Investors L.P cdigianantonio@rascrane.com

MICHAEL SETH SCHWARTZ
on behalf of Joint Debtor Catherine M. Clark msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com

MICHAEL SETH SCHWARTZ
on behalf of Debtor Gary W. Clark msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Gary W. Clark and Catherine M. Clark
        Debtor(s)                                         Case No: 18−13093−mdc
                                                                 Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        900 Market Street
                          Suite 400
                    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/23/23